**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Marilyn Roth Epstein v. 5AIF Baobab, LLC, and 5AIF Nutmeg Reo, LLC

Appellate case number:   01-20-00313-CV

Trial court case number: C-1-CV-19-006039

Trial court:             County Court at Law No. 2 of Travis County

On March 2, 2022, appellees 5AIF Baobab, LLC, and 5AIF Nutmeg REO, LLC filed a motion to dismiss the above-styled appeal as moot. By letter dated March 8, 2022, appellees informed the Court that they no longer seek the dismissal of the appeal and desire instead to withdraw their motion. Because mootness is an issue related to subject matter jurisdiction, *see Heckman v. Williamson Cty.*, 369 S.W.3d 137, 162 (Tex. 2012) ("[C]ourts have an obligation to take into account intervening events that may render a lawsuit moot."), the Court has considered the motion and determined it should be denied. Accordingly, appellees' motion to dismiss is DENIED.

It is so ORDERED.

Judge's signature: /s Amparo Guerra
                   Acting for the Court


Date: March 15, 2022